# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE SPENCER,** | : | **CIVIL ACTION NO. 1:03-CV-1670** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **WEXFORD HEALTH SERVICES, INC., et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 9th day of May, 2005, upon consideration of defendant's motion for summary judgment (Doc. 32) filed on February 14, 2005, and it appearing that plaintiff has not filed a brief in response to the motion as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . within fifteen (15) days after service of the movant's brief . . . [or] shall be deemed not top oppose such motion."), it is hereby ORDERED that plaintiff shall file a brief in opposition to the motion (Doc. 32) on or before May 16, 2005.  Failure to comply with this order may result in the granting of the motion or dismissal of this case for failure to prosecute.  See FED. R. CIV. P. 41(b), 56.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge